LENA WALSH, Respondent, v. MORRIS SHAPIRO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

SARAH GOLDHIRSH, as Administratrix, etc., of SAMUEL GOLDHIRSH, Deceased, Respondent, v. JULIE M. M. GRANT and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM S. SUSSMAN, Respondent, v. EMANUEL S. ULLMANN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ. Dowling, J., dissenting and voting for reversal and a new trial, upon the ground that reversible error was committed by the trial court in stating to the jury that he was very loath to submit the counterclaim to the jury because the evidence tends to show that defendant grossly misrepresented the value of his Briar Cliff property, which statement he further amplified by stating that this misrepresentation was made both to the purchaser and the broker who was acting for him.

In the Matter of JOSEPH GALLAGHER, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

In the Matter of FREDERICK C. SIMONS, an Attorney.— Reference ordered to Hon. Edward G. Whitaker, official referee. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

HARRY R. WARFIELD, Appellant, v. THOMAS F. GUIDERA and Others, Respondents, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

PETER J. LITSCH, Respondent, v. TODDS, IRONS & ROBERTSON, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ. Clarke, P. J., and Finch, J., dissenting.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Plaintiff, v. WESTMINSTER PRESBYTERIAN CHURCH OF WEST 23RD STREET and Another, Appellants, Impleaded with TRUSTEES OF THE PRESBYTERY OF NEW YORK and Another, Respondents, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE RYBAK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

NATIONAL BANK OF COMMERCE OF NEW LONDON, Respondent, v. LEONARD T. SAUNDERS, Appellant, and Another, Defendant, Being Copartners, etc.— Order reversed, with costs and disbursements, and motion denied, and the verdict reinstated, and judgment directed to be entered thereon in favor of the defendant Leonard T. Saunders and against the plaintiff, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

EVELYN LEBOWICH, Respondent, v. BILTMORE ESTATES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.